**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 26-1073**

_____

DR. RHONDA L. JACKSON,

        Plaintiff - Appellant,

    v.

EDGEFIELD COUNTY WATER AND SEWER AUTHORITY; HOPE CARROWAY,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Anderson. Donald C. Coggins, Jr., District Judge. (8:25-cv-11324-DCC)

_____

Submitted: July 23, 2026                    Decided: July 28, 2026

_____

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Rhonda L. Jackson, Appellant Pro Se. Jacob Melvin Thompson, III, TURNER PADGET GRAHAM & LANEY, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhonda L. Jackson appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Jackson's civil complaint as barred by res judicata. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Jackson's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
